PROB 35

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                         Docket No. 1:00-CR-079-02

Van Alan Emig

On June 5, 2003, the above-named defendant commenced a supervised release term of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Julie M. Persinger
U.S. Probation Officer

FILED
HARRISBURG
OCT 1 2 2005
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2005

_____
United States District Judge